ALAN NAKAZAWA, State Bar No. 84670
alan.nakazawa@cwn-law.com
JOSEPH A. WALSH II, State Bar No. 143694
joe.walsh@cwn-law.com
COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 1860
Long Beach, California 90831
Telephone: (562) 317-3300
Facsimile: (562) 317-3399

Attorneys for Master of the M/V ONE APUS, Richard F. Marton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of<br><br>ROANOKE INSURANCE GROUP, INC.; W.E. COX CLAIMS GROUP (USA) LLC,<br><br>Applicants,<br><br>For Order Authorizing Discovery Pursuant to FRCP RULE 27 And/Or For Use In Foreign Proceedings Under 28 U.S.C. § 1782 | Case No. 3:21-mc-80110-LHK<br><br>[PROPOSED] ORDER EXTENDING THE TIME FOR SUBPOENA RECIPIENT TO MOVE TO QUASH |

Pursuant to the Stipulation to Extend Time for Subpoena Recipient to Move to Quash by and between Petitioners ROANOKE INSURANCE GROUP, INC. and W.E. COX CLAIMS Group (USA) INC. (collectively, the "Insurers") and the recipient Richard F. Marton, Master of the M/V ONE APUS (the "Master"), and good cause appearing, the time within which the Master may move to quash the Insurers' document subpoena serviced on the Master on May 12, 2021, is extended to and including June 2, 2021.

**IT IS SO ORDERED.**

Dated:  May __20__, 2021          _____*Lucy H. Koh*_____
                                      United States District Judge

COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 1860
Long Beach, California 90831
Telephone (562) 317-3300