United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Application of<br><br>ROANOKE INSURANCE GROUP, INC.;<br>W.E. COX CLAIMS GROUP (USA) LLC,<br><br>Applicants, | Case No. 5:21-MC-80110-LHK<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR RELIEF; ORDER TO FILE CONSENT/DECLINATION** |

On May 18, 2021, Respondents Chidori Ship Holding LLC and Jessica Ship Holding SA filed a motion for relief from a non-dispositive pretrial order of United States Magistrate Judge Joseph C. Spero. ECF No. 10. On May 28, 2021, Applicants Roanoke Insurance Group, Inc. and W.E. Cox Claims Group (USA) LLC filed a statement of non-opposition to Respondents' motion for relief. ECF No. 22. The Court hereby GRANTS Respondents' unopposed motion for relief from the non-dispositive pretrial order.

Furthermore, the Court ORDERS the parties to file a consent/declination to the jurisdiction of United States Magistrate Judge Laurel Beeler by Friday, June 4, 2021. If the parties consent to Judge Beeler's jurisdiction, the Court will refer this case to Judge Beeler to determine if it is

1
Case No. 21-MC-80110-LHK
ORDER GRANTING UNOPPOSED MOTION FOR RELIEF; ORDER TO FILE CONSENT/DECLINATION

related to Case Nos. 21-MC-80107-LB and 21-MC-80113-LB.

**IT IS SO ORDERED.**

Dated: June 1, 2021

_____
LUCY H. KOH
United States District Judge